IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: ELIZABETH COWAN WRIGHT |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:           23-cr-220 ADM/DLM |
| | ) | Date:               June 23, 2023 |
| Richard Shane Daily, II, | ) | Courthouse:    St. Paul |
| | ) | Courtroom:     3C |
| Defendant, | ) | Time Commenced:    1:33 p.m. |
| | ) | Time Concluded:     1:40 p.m. |
| | | Time in Court:         7 minutes |

APPEARANCES:

Plaintiff: Will Mattessich, Assistant U.S. Attorney
Defendant: Manny Atwal, Assistant Federal Public Defender
    X FPD          X To be appointed

Date Charges Filed: 6/21/2023          Offense: felon in possession of a firearm

X Advised of Rights

on      X Indictment

X Defendant detained, govt to submit a proposed order.

X Detention hearing waived
X Defendant also arraigned at this hearing, see separate arraignment minutes.
X Government moves to unseal the case.          X Granted

Additional Information:

X Oral Rule5(f) Brady notice read on the record.

                                                                    s/ jam
                                                        Signature of Courtroom Deputy